IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Leah Ala,<br><br>        Plaintiff,<br><br>   v.<br><br>Chick-Fil-A, Inc. et al.,<br><br>        Defendants. | Civil No. 20-16064 (RMB/JS)<br><br>**ORDER** |

THIS MATTER comes before the Court upon its own Order to Show Cause [Docket No. 8] and Plaintiff's response thereto [Docket No. 11]. Plaintiff's response is woefully deficient insofar as it fails to provide any information regarding, for example, how Plaintiff calculated $500,000.00 in damages given the alleged injuries suffered and her scope of medical treatment. Moreover, the letter fails to provide an explanation as to the meaning of certain medical terminology. Without this and other information, the Court is still unable to assess the amount in controversy at issue here.

ACCORDINGLY, IT IS HEREBY, on this **14th** day of **January 2021**,

**ORDERED** that, within 7 days of the date of this Order, Plaintiff shall SHOW CAUSE by supplemental written submission filed on the docket, why this case should not be dismissed for

1

2

lack of subject matter jurisdiction. Failure to timely respond to the Order may result in dismissal of this case for lack of subject matter jurisdiction.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

2